ACCEPTED
15-25-00005-CV
1/27/2025 2:44 PM
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
CHRISTOPHER A. PRINE
CLERK

Velva L. Price
District Clerk
Travis County
D-1-GN-24-002560
1/29/2025 1:09 PM
Rosa Oneal

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/29/2025 1:09:48 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO. D-1-GN-24-002560

| | | |
|---|---|---|
| STATE OF TEXAS<br>Plaintiffs | § § § § § § § § § | IN THE DISTRICT COURT |
| v. | | 126TH JUDICIAL DISTRICT |
| JOHNNY PARTAIN<br>Defendant | | TRAVIS COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW Defendant, Johnny Partain, filing this notice and hereby giving his notice of appeal of *Order Granting Permanent Injunction And Other Relief* signed on December 19, 2024, in the above styled and numbered District Court cause, and stating his desire to appeal said order. This appeal is taken to the 3rd Court of Appeals or to the 15th Court of Appeals on basis of a constitutionality and jurisdictional challenges implicating the State of Texas. Defendant shall request the Appeals Court to accelerate this appeal due to this aforementioned order placing the State of Texas in violation of Amendments 4, 5, 9, and 14 of the United States Constitution and Art. 1, Sec. 3, 9, 13, 17, and 29 of the Texas Constitution, causing irreparable damage on the Defendant, wherein the State consistently gives itself immunity, foreclosing any judicial remedy.

Respectfully submitted,

JOHNNY PARTAIN
7020 N. 16th Street
McAllen, Texas 78504
956-687-4966

1

# CERTIFICATE OF SERVICE

 This certifies that a true and correct copy of the foregoing document as been serviced by email on this January 27, 2025 to the following:

ALI THORBURN
Assistant Attorney General
General Litigation Division
Texas Bar No. 24125064
Ali.Thorburn@oag.texas.gov

_(signature)_

Johnny Partain
7020 N 16th Street
McAllen, Texas 78504
partain@atlastechnologies.biz
956-240-1821

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96640390
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANT'S NOTICE OF APPEAL
Status as of 1/28/2025 9:01 AM CST

Associated Case Party: STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 1/27/2025 2:44:20 PM | SENT |
| Zachary Rhines | | Zachary.Rhines@oag.texas.gov | 1/27/2025 2:44:20 PM | SENT |

Associated Case Party: JOHNNY PARTAIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Johnny Partain | | partain@atlastechnologies.biz | 1/27/2025 2:44:20 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ariana Ines | | ariana.ines@oag.texas.gov | 1/27/2025 2:44:20 PM | SENT |